# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

vs.

Criminal No. 21-cr-20256

Hon. Linda V. Parker

D-, YiHou Han,

    Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

    I, YiHou Han, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:    Up to 30 years imprisonment and/or a $1,000,000 fine or twice the gross pecuniary gain or the gross pecuniary loss.

    I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
YiHou Han
Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

vs.

                                      Criminal No. 21-cr-20256

                                      Hon. Linda V. Parker

D-, YiHou Han,

      Defendant.

_____/

## **DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION**

      I, YiHou Han, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents.

      I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1:    Up to 30 years imprisonment and/or a $1,000,000 fine or twice the gross pecuniary gain or the gross pecuniary loss.

      I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

                                              _____
                                              YiHou Han
                                            Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

      I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Counsel for Defendant


Dated: April 16, 2021