-PS8
(8/88)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **Yihou Han**                          Docket No. 21-CR-20256-01

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, Timothy Rooney, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Yihou Han, who was placed under pretrial release supervision by <u>United States Magistrate Judge Elizabeth A. Stafford</u> sitting in the court at <u>the Eastern District of Michigan, Detroit</u>, on, April 16, 2021, under the following conditions:

1. Report to Pretrial Services as directed.
2. Surrender all passports to Pretrial Services by November 10, 2020 (completed).
3. Shall not apply for any new passports or travel documents.
4. The defendant must not travel outside the Northern District of California and the Eastern District of Michigan, without the prior approval of Pretrial Services or the Court.
5. Must receive prior approval from Pretrial Services prior to opening any new bank accounts;
6. Must receive prior approval from pre-trial prior to conducting financial transactions greater than $5,000.00. No prior approval for payments of attorneys' fees or other expenditures in defense of this case, mortgage payments, or property taxes.
7. Must receive prior approval from Pretrial Services prior to opening any new lines of credit.
8. The defendant must have no contact, directly or indirectly, with any witness or co-conspirator, outside of the presence of counsel.
9. Defendant will notify all current employers and future employers in the banking industry (that may employ her before trial) of the alleged offense.

Due to a clerical oversight, the defendant's travel restriction was not marked on the Order setting conditions of release.

**Respectfully presenting petition for action of Court and for cause as follows**:

If Your Honor agrees, Pretrial Services would respectfully request that the Court modify bond, to add the condition restricting the defendant's travel to the Northern District of California and the Eastern District of Michigan, for court purposes only, without prior approval of the Court or Pretrial Services. All previously imposed conditions shall remain in effect.

**PRAYING THAT THE COURT WILL ORDER THE DEFENDANT'S BOND BE AMENDED TO INCLUDE THE CONDITION THAT THE DEFENDANT'S TRAVEL IS RESTRICTED TO THE NORTHERN DISTRICT OF CALIFORNIA AND THE EASTERN DISTRICT OF MICHIGAN, FOR COURT PURPOSES ONLY, WITHOUT PRIOR APPROVAL OF THE COURT OR PRETRIAL SERVICES.**

**ALL PREVIOUSLY IMPOSED CONDITIONS OF RELEASE SHALL REMAIN IN EFFECT.**

**Yihou Han**
**Docket No. 21-cr-20256-01**
**Page 2 of 2**

| ORDER OF COURT | | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|---|
| Considered and ordered this 26th day of April, 2021 and ordered filed and made a part of the records in the above case. | | Executed on April 26, 2021 |
| s/Linda V. Parker | | /s/ Timothy J. Rooney<br>Timothy J. Rooney<br>United States Pretrial Services Officer |
| Honorable Linda V. Parker<br>United States District Judge | | Place: Flint, Michigan<br>Date: 4/26/2021 |

cc:  Rees F. Morgan
     Defense counsel

  Sean Coyle
  Defense counsel

  Jason M. Covert
  Assistant United States Attorney