# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

        **Plaintiff,**

                                    **CASE NO. 2:21-cr-20256-LVP-DRG**

v.

**YIHOU HAN,**

        **Defendant.**
_____/

## MOTION TO WITHDRAW

Jason M. Covert, Trial Attorney, Department of Justice, Criminal Division, Fraud Section, hereby respectfully moves to withdraw his appearance as counsel for the United States of America as he is no longer assigned to this case. The United States of America is still represented in this matter by Amanda Lingwood, Trial Attorney, Department of Justice, Criminal Division, Fraud Section.

                                    Respectfully submitted,

                                    LORINDA I. LARYEA
                                    Acting Chief, Fraud Section
                                    Criminal Division
                                    United States Department of Justice

                                    /s/ Jason M. Covert
                                    Jason M. Covert
                                    Trial Attorney

                                                Criminal Division, Fraud Section
                                                1400 New York Ave. NW
                                                Washington DC, 20005
                                                (202) 307-0659 (office)
                                                E-mail: Jason.Covert@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2022, a copy of the forgoing Motion to Withdraw appearance was filed electronically. Any parties appearing in this case may access this filing through the Court's system.

/s/ Jason M. Covert
Jason M. Covert
Bar: State of Indiana
Trial Attorney
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington DC, 20005
(202) 307-0659 (office)
E-mail: Jason.Covert@usdoj.gov