UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YIHOU HAN,<br><br>　　　　Defendant. | Case No. 2:21-cr-20256-LVP-DRG-1<br><br>Judge: Honorable Linda V. Parker |

## MOTION FOR LEAVE TO FILE A DOCUMENT UNDER SEAL

The United States of America, by and through undersigned counsel, respectfully moves the Court to issue an Order directing that the Government's Sentencing Recommendation in the above-captioned case, be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that this Sentencing Recommendation contains sensitive information regarding the defendant's compliance with the terms of the plea agreement. The Government further requests that, due to the impracticability of redacting said document because the document is replete with sensitive information, the Government shall not be required to file a redacted version of the document.

Respectfully submitted,

GLENN S. LEON
Chief
United States Department of Justice
Criminal Division, Fraud Section

*/s/ Amanda F. Lingwood*
CORY E. JACOBS
Assistant Chief
AMANDA FRETTO LINGWOOD
Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA