UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YIHOU HAN,<br><br>Defendant. | Case No. 2:21-cr-20256-LVP-DRG-1 |

O R D E R

AND NOW, to wit, this _____ day of August 2024, upon consideration of the Motion for Leave to File a Document Under Seal, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Government's Sentencing Recommendation filed in the above-captioned case, is hereby sealed until further Order of Court. The Government shall not be required to file a redacted version of the document. The Clerk's Office shall docket the sealed document without requiring the government to first file a redacted version.

HON. LINDA V. PARKER
UNITED STATES DISTRICT JUDGE