# EXHIBIT A

## REDACTED VERSION OF DOCUMENTS TO BE SEALED PURSUANT TO L.R. 5.3

## Yihou Han Character Letters

| TAB | DOCUMENT |
|-----|----------|
| 1. | Letter from Yichel Chan |
| 2. | Letter from Lyman Chao |
| 3. | Letter from Ivan Choi |
| 4. | Letter from Ted Fang |
| 5. | Letter from Frank Fung |
| 6. | Letter from Jiahui Han |
| 7. | Letter from Jayn Hong |
| 8. | Letter from Brian Kemler |
| 9. | Letter from Kenny Lam |
| 10. | Letter from Ronnie Leung |
| 11. | Letter from Shuai Liu |
| 12. | Letter from Fiona Ma |
| 13. | Letter from Greg Paik |
| 14. | Letter from Peter Soerenssen |
| 15. | Letter from Heather Stark |
| 16. | Letter from Lu Tang |
| 17. | Letter from Li Tian |
| 18. | Letter from Yu Tian |
| 19. | Letter from Betty Wong |
| 20. | Letter from Wan Wong |

# TAB 1

Yichel Chan



July 23, 2024

The Honorable Linda V. Parker
United States District Court
231 W. Lafayette Blvd., Suite 204
Detroit, Michigan, 48226

To The Honorable Linda V. Parker,

My name is Yichel Chan. I was most recently Vice President at MobilityWare and currently own a video game production studio. I have known Yihou for 19 years and write to advocate for her. I consider her a close friend and family. I wish to share the Yihou I know and her journey here in the U.S.

My grandparents fled the Cultural Revolution in China in the '60s, first to South Korea, where most of my family was born, and eventually to the U.S.  They faced considerable challenges as immigrants, especially considering the language barriers. They, along with their children, faced hardships as immigrants like many do: a lack of opportunities, pervasive racism, and a clash of cultural identity. They ultimately found success here. It sounds cliche, but my grandparents found their version of the American Dream.

When my grandmother ▮▮▮▮▮▮▮▮▮▮, they needed help and would hire long-term live-in caretakers. When I was younger, I assumed they chose only Chinese immigrants for comfort and language reasons. Later, I understood it was their way of giving back to those experiencing similar struggles they once faced.

I met Yihou in 2005 upon returning from working abroad. Her parents were caretakers for my grandparents, who along with Yihou, were recent immigrants themselves facing financial uncertainty. Yihou, her parents, and my grandparents lived in the same house. Her English was limited at first, and she worked as a travel agent, struggling to support herself and her parents. As an immigrant, she faced the same hardships that her parents and my grandparents did.

From the outset, Yihou focused on securing stability for her aging parents. She tried many things over the years to increase her income: studied English, learned Cantonese, had a stint as a flight attendant, and eventually opened her own travel agency. That business did

not work out financially, and it crushed her.  She was frustratingly applying for any job she could. I remember when she applied for a cashier job at Sterling Bank and was surprised and relieved when they offered her a job. When this happened, we discussed if this was a good idea as she had no experience with banks or understood how they worked, and she still had misgivings about her English proficiency. I encouraged her to take it because it was an opportunity to open doors professionally.

In hindsight, her hire may have been influenced by the bank's interest in serving Chinese American clientele, which Yihou could relate to and communicate with effectively. Things accelerated quickly; she became interested in the local real estate market and was promoted to the loan department. Yihou is extremely intelligent and quickly learned how to navigate her new position. Having said that, she had no background in finance, banks, or even working in a U.S. corporation. She learned everything she knew from the bank itself; there were no external sources of mentorship or education.

Her income improved rapidly, and I remember her being elated that she could finally support her parents. She lifted her family out of relative poverty, and I could tell how proud she was. It wasn't only her; everyone was proud: her parents, my family, and our friends.

I remember her excitedly telling me about the bank's new program to attract Chinese home buyers to the Bay Area. The bank wanted her to take a leadership position with the program. Everything sounded a little unbelievable, how she could so quickly rise in the ranks in an institution where she had no background or education only a few years ago.

Her income continued to rise, and she believed she had finally found her version of the American Dream.

The Yihou I know wanted to give back to her community, just as her parents sacrificed for her and my grandparents helped them. She made substantial and lasting connections through the Chinese American community in San Francisco. She wanted to pay it forward. I remember her talking at length about her desire to open a shelter for vulnerable women in the Mission district. I remember her work toward furthering acceptance of the AAPI community through her work as a board member of the Asian Art Museum and her leadership in the Asian American Real Estate Association. I remember how happy she was when a flurry of films starring Asian Americans broke through the mainstream. It seemed like Asian Americans were on the cusp of finally being recognized and more broadly accepted in the U.S.  I remember how she quickly connected with those involved with some of those films. I witnessed firsthand as she earnestly pitched projects with them to further bring the AAPI community into the mainstream.

I know Yihou very well and cannot fathom that she has a malicious bone in her body; her inclinations in the 19 years I have known her have consistently pointed towards helping others, her community, and her parents.

I hope my perspective gives some insight into who Yihou is, her journey, and her motivations.

Thank you,

Yichel Chan

# TAB 2

Honorable Linda V. Parker
United States District Court
231 W Lafayette Blvd, Suite 204
Detroit, Michigan, 48226

Dear Judge Parker,

I hope this letter finds you well. My name is Lyman Chao, and I am writing to provide a testament to the character and integrity of Yihou Han. It is my sincere belief that she embodies the virtues of compassion, selflessness, and dedication that are crucial to our community and, most importantly, to our family.

I first met Yihou through our mutual involvement in the Asian Real Estate Association of America. One memorable event that stands out was our annual charity drive, where Yihou not only coordinated the entire event but also personally ensured that each family received the support they needed. Her commitment to helping others and her organizational skills made a significant impact on everyone involved.

Yihou has always put the needs of others before her own. I recall a time when a colleague was going through a tough period, and Yihou spent countless hours providing emotional support and practical assistance. This level of selflessness is a core part of who she is, consistently striving to ensure that everyone around her leads an amazing and fulfilling life.

Most importantly, Yihou plays an indispensable role in the life of our daughter, ████ Her dedication to ████ upbringing is nothing short of extraordinary. Every morning, Yihou engages ████ in enriching activities that foster her development and joy. The radiant smile on ████ face when she sees her mother is a direct reflection of Yihou's tireless care and affection. Yihou has been steadfast in her commitment to breastfeeding, ensuring ████ receives the best nutrition possible. As ████ grows, Yihou is now starting to prepare solid foods for her, meticulously selecting the best ingredients and preparing them perfectly. One of my favorite memories is watching them read together every evening, a routine that has become a cherished part of our family life.

We came to name ████ because of our journey. We lost our first child during the first trimester, a devastating experience that took a significant toll on Yihou both mentally and physically. The stress and grief from this ordeal were immense. When ████ arrived and we held her in our hands for the first time, we named her ████, which means "God has answered." This name signifies the hope and joy that Yihou brought back into our lives, despite the hardships she endured.

Yihou's influence on ████ life cannot be overstated. She creates a warm and loving atmosphere that fosters ████ development and happiness. As a father, witnessing the bond between Yihou and ████ fills me with immense gratitude and admiration. Yihou's presence is the cornerstone of our family's joy and harmony.

In conclusion, Yihou Han is an exceptional person whose contributions to our community and family are invaluable. Her selflessness, compassion, and unwavering dedication to those she loves make her a remarkable individual. I kindly ask for your understanding and consideration of Yihou's character and the positive impact she has on everyone around her.

Thank you for taking the time to read my letter.


Sincerely,

Lyman Chao

# TAB 3

# Ivan Park Choi

June 30, 2024

Honorable Linda V. Parker
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 204
Detroit, MI 48226

Dear Judge Parker:

This letter is my character attestation for Ms. Yihou Han.  I have been a close friend with Ms. Han for 13+ years.  I have seen her personal and professional conduct for myself since 2012.

We are great friends for many reasons, but I have been a lucky recipient of her time and attention.  Ms. Han has displayed the following during our friendship:  Trust, kindness, generosity, loyalty, compassion, and dependability.  My 15 year-old daughter regards Ms. Han as family, as a blood-related aunt.

Through the years, Ms. Han also genuinely cares for her family, friends and the community at-large.  She has served and supported a number of real estate and community organizations.

I am fully aware of the legal case against Ms. Han.  However, I do not believe the case shows her true, positive character.  Along with many other people, I have had a truly wonderful friend in Ms. Han.   I know that she is whole-heartedly remorseful about what has occurred.  She has been thoughtful and wishes to do what is right.

When you consider her sentence, I hope that you may know – and can feel – that Ms. Han does have strength of character.  As mentioned, for me she is one of the finest examples of a friend that a person can have.

Thank you for your attention.

Sincerely,

Ivan Park Choi

# TAB 4

Ted Fang



The Honorable Linda V.Parker
United States District Court
Detroit,Michigan 48226


Dear Honorable Judge Parker,

My name is Ted Fang, and I am writing in regards to my long-time
colleague and friend, Ms. Han Han. Ms. Han is one of the most
hard-working, trustworthy and compassionate people I know. She gives
of herself to a fault. Most of all, her life represents the quintessential
story of an immigrant coming to America in search of the American
dream, still caring for her mother and father, and holding on to her
traditional values.
I first met Ms. Han around 2008 while I was doing community work.
I am a lifelong San Franciscan, born in the Sunset district and currently
living near Dolores Park. After graduating UC Berkeley, I went into my
family's printing business, becoming the largest printer of San
Francisco's neighborhood and ethnic newspapers. I also became a
newspaper man, growing a small neighborhood weekly into the largest
non-daily newspaper in the United States, known as the San Francisco
Independent. Then ni 2000, Itook over the San Francisco Examiner,
becoming the first Asian American in the history of the United States to
serve as Editor and Publisher of a major metropolitan daily newspaper.
Reaching the peak of my newspaper career, I then retired and went back
to UC Berkeley to focus on my studies of diversity (Ethnic Studies). In

2004 | began a second career doing community organizing and serving the community.

In 2007, I helped launch the Hep B Free campaign with the goal of ending hepatitis B disease in San Francisco and the whole nation. Hep B disease is the greatest cause of liver cancer in the world, and the greatest health disparity for Asian Americans, occurring 100 times more among Asians versus the general population. There had already been a vaccine developed to prevent Hep B infection and there were also treatments available to prevent liver disease after Hep B infection. Therefore, the Hep B Free campaign targeted education for the public and businesses, system change for the healthcare system, and to get all Asians in the city tested and vaccinated - if someone did test positive, then direct them immediately to get life-saving medicine.

Ms. Han heard about this campaign, and being an Asian immigrant herself, wanted to give back to her community. She signed up to be a Hep B Free Ambassador. She volunteered to work at screening and education events, going to street fairs, health fairs, and anywhere Asians would gather. She promoted the message of testing, vaccination and treatment. Being bilingual in Chinese, she also served as  translator to make sure we not only reached English speaking Asians, but also be able to reach Asian immigrants not yet fluent in English.

Then, being a professional herself, she began reaching out to Asian American professional groups and business associations. She would join those groups, and spread the word about the need to end Hep B disease and the liver cancer it causes. She was passionate, and helped convince many of these professionals to join the campaign themselves and spread the word even farther about Hep B prevention. We soon asked her to be a part of our regular Hep B Free Committee meetings.

Ms. Han also was vocal about Hep B prevention at her work with a local bank. She helped get Hep B prevention brochures placed in all the bank branches, and to get Asian employees tested. Her passion to help the

community get rid of this major disease rubbed off on management of the bank itself with sponsorships and donations to help the Hep B Free campaign end the Hep B epidemic.

In a short seven years, this community effort was able to turn San Francisco into a model for ending Hep B disease. We also helped push the federal government U.S. Department of Health and Human Services to issue the first ever National Hepatitis Action Plan. When we started our campaign, Hep B disease was so overlooked that even the U.S. Centers for Disease Control did not recognize it as a health disparity. Today, not only the U.S., but the United Nations and World Health Organization are taking up the cause and targeting eradication of Hep B disease by 2030. All this based on the work of the Hep B Free campaign with committed volunteers like Ms. Han, who put in countless hours of hard work.

There are endless examples of how Ms. Han was tireless in her efforts to help the community. In 2014 I started a community farm in the Bayview District of San Francisco, the city's most diverse and most underserved neighborhood, historically San Francisco's neighborhood with the highest population of African Americans. The neighborhood was a USDA certified food desert, but neighborhood activist scoffed at the name since deserts are naturally occurring while the Bayview situation was man made. They referred to it rather as Food Apartheid. Our community farm's mantra was: if man could make this food apartheid situation, then community could change it.

Our community farm practiced food sovereignty, letting neighborhood residents take control of their own food. Farmers grew 63 different varieties of vegetables, representing all of their different food traditions. Then one day, we got big news, Speaker Nancy Pelosi would be visiting our farm! It was great news, but right away we worried how could we organize something so quick? Being Speaker, Ms. Pelosi had tons of security and procedure for us to follow.

Ms. Han stepped right up, dealing with Pelosi's security details and staff. Ms. Han helped pick the best spot in the farm for the event, ordered tables and chairs, and a sound system. On the date of the event she handled logistics and Speaker's Pelosi visit went off to a tee! The event became a roundtable on food sovereignty, Pelosi met with different members of the community, toured the farm, heard from the farmers, and promised to bring more help to the community. Pelosi's staff told us there was only 15 minutes on the schedule for this event, but the Speaker ended up staying for 45 minutes, she was having such a good time and learning so much from the community!

None of this could have happened without Ms. Han's expertise, talent, hard work, and her willingness to jump into action to help the community. Judge Parker, with this letter, I hope you can have a better understanding of Ms. Han Han as a good woman, always trying to do her best. I beseech you to apply the law mercifully in Ms. Han's case. Thank you for your time and consideration

Sincerely

Ted Fang

# TAB 5

July 17, 2024

The Honorable Linda V. Parker
United States District Court
231 W. Lafayette Blvd., Suite 204
Detroit, Michigan 48226

Re:     United States v. Yihou Han
        United States District Court – Eastern District of Michigan, Case No. 4:23-cr-er-00428JST

Madame Parker,

I am the chair of the Board of Directors of Asian, Inc. Asian, Inc is a well known non-profit in the San Francisco Bay Area, whose mission is to enhance the economic development of small, minority businesses. We have been providing services to minority communities for almost fifty years.

When we first met Yihou, she initially supported the activities of the organization. Eventually, based on her activism, enthusiasm, and support for our mission, she was invited to join our board of directors. She served on our board for quite a few years. During her tenure on the board, she was very active donating her personal time in fundraising efforts, participating in community outreach functions, and in organizing our strategic planning retreats. She at all times acted professionally and with integrity and compassion. I could always count on her to organize the facilities, refreshments, and to run out and get something if anything was missing.

If she had not moved out of the area, we would have welcomed her to continue serving on our board. I have the highest regard for her as a person and community activist.

Respectfully,

Frank Fung

# **TAB 6**

Jia hui Han



尊敬的 Linda V parker 法官:

　　我是以原的爸爸，我的名字叫韩家惠，以原是我唯一的孩子，我们非常疼爱她。她 1982 年出生在中国武汉。我和她的妈妈都因有企业停工，家庭条件非常一般。以原从小到大都是不需要我们太为她操心的孩子，学习自觉刻苦，成绩优秀，也非常懂事，知道我们没有太多的积蓄供她读大学，所以她在每个周末都勤工俭学，非常早地帮我们承担起家里的开销。

　　2003年我们移民来到美国，我们热爱美国，这里的人民生活幸福，自由民主，没有种族歧视，人人平等，刚迁入美国，我们两手空空，一无所有，生活极为困难。以原和妈妈先期来到美国，半年后我也来到这里，当时她只有21岁，做我的向导翻译，为了分担最低生活保证，积极找工作，做过导游，开过旅行社。有一天，她特别高兴的回家告诉我说她终于找到一份可以讲中文，帮助更多华人的银行上班的工作。我当时还很纳闷，觉得怎么银行可以请一个完全没有任何财经学习背景的新移民做员工，以原却告诉我说她可以很努力的学习，我了解我女儿的能力，听她这么说，我才放心下来。当时我在一家橱柜公司做安装工，我太太在一对华人夫妇家担任保姆。我们一家三口，住在这对华人夫妇用车库改造的房间里，如同很多新移民的家庭一样，我们唯一的希望，就

是可以拥有自己的房子，不再寄人篱下。接下来的几年，以厚为了完成老板给她制定的工作指标，来多一点收入，她经常加班到深夜。慢慢的，以厚的收入越来越高。尤其是她加入到贷款部门以后，她就开始承担起家中的一切费用。很快我们在2012年拥有我们在美国的第一套房子。我身边所有的朋友都羡慕我们有一个如此听说懂事的孩子。以厚不仅仅是在生活经济上负担我们，在生活上我们也完全离不开她。由于我和她妈妈来美国的时候已经50多岁了，而我也只是初中毕业，英文完全不懂。可以说以厚就是我们的一个拐杖。小到购买商品退货，大到陪我到医院看病，只要讲英文，我都需要她帮忙。不仅如此，连我身边的同样一帮不会讲英文的朋友都或多或少的需要她帮助。我的女儿以厚非常有同情心和爱心。虽然自己的工作繁忙，但是她都尽力帮助别人，她和我说："爸爸，我们曾经就是新移民，我了解深处异国他乡的无助。在我范围许可的前提下能帮就帮吧，不要大家走过去我们的老路。"正是这样，她帮助了很多新移民，大家都羡慕我有一个好的女儿。

可是法官大人，当我知道我女儿说有牢狱之灾的时候，我感觉我那个赖以生存的拐杖离我而去了 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ ，我实在没有办法也无法想象以厚不在身边的生活是怎么样的。我也不知道我还能活多久，我怕一的孩子还能陪我多久。在这过去的四年内，面对无法控制的局面，面对无法预知的未来，每一天对于我们的家庭都是煎熬。唯一让我欣慰的就是我有了一个

非常疼爱的外孙女 ███，她是上帝派给我们的天使。他的到来给我们这个小家无限的希望。以厚也对我讲：爸爸，我会把我的所有经历的点点滴滴，成功也好，失败也好，都告诉我的女儿，让她不要犯我曾经犯过的错误，把她培养成为一个独立，勇敢，善良且有爱心的孩子。"

我真得希望时间可以倒流，如果我们一家子不来到美国，以厚也许不会进入这家银行，也就不会有这两年牢狱之灾。尊敬的法官大人，请原谅我的才疏学浅，整个案件我不了解。但是我深知我的女儿以厚绝对不是一个坏人，她善良，孝顺，能干，极具爱心。希望您可以酌情审判，给她一个改过自新的机会。不管这个案件的审判结果如何，我都深爱我的女儿并以她为荣。

以厚的爸爸

韩宗惠





# Certification of Translation Accuracy

Translation of **Support Letter Han Jiahui** from **Chinese (Simplified)** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Janice Kreutzer
Authorized Representative
Order Date: August 4, 2024

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States

State of Kentucky
County of Jefferson

I, a Notary Public, hereby certify that Janice Kreutzer, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, has executed the same voluntarily on the day the same bears date.

Given under my hand on August 6, 2024.

Signature of Notary Public

 

Jiahui Han



Dear Honorable Judge Linda V. Parker:

I am Yihou's father. My name is Han Jiahui. Yihou is my only child, and we love her dearly. She was born in 1982 in Wuhan, China. Both her mother and I worked for state-owned enterprises, and our family conditions were very modest. Yihou has always been a child who didn't require much worry from us. She studied diligently, achieved excellent grades, and was very considerate. Knowing that we didn't have much savings for her university education, she worked part-time every weekend to help with household expenses from an early age.

In 2003, we immigrated to the United States. We love America. The people here live happily, enjoying freedom and democracy without racial discrimination, and everyone is treated equally. When we first arrived in America, we had nothing and faced extreme difficulties. Yihou and her mother came first, and I joined them six months later. At the time, she was only 21 years old. She helped me find a job, acted as my guide, and translated for me. To share the burden of our basic living expenses, she actively sought work, doing jobs like tour guiding and even running a travel agency. One day, she came home very excited, telling me she had finally found a job at a bank where she could speak Chinese and help more Chinese people. I was puzzled at how a bank could hire a new immigrant with no background in finance. But Yihou assured me that she could work hard and learn. Knowing my daughter's capabilities, I was reassured.

I worked as a cabinet installer, and my wife worked as a maid for an elderly Chinese couple. Our family of three squeezed into a garage room converted by this couple. Like many new immigrant families, our only hope was to have a home of our own, no longer living under someone else's roof. Over the next few years, to meet her boss's work targets and earn a little more income, Yihou often worked late into the night. Gradually, her income increased, especially after she joined the loan department. She began to cover all our household expenses. In 2012, we finally owned our first home in America. All my friends envied us for having such an obedient and sensible child. Yihou didn't just support us financially; we were also dependent on her in daily life. Since my wife and I came to America nearly 50 years old, and I only had a junior high school education, I didn't understand English at all. Yihou was our crutch for everything, from shopping and returns to accompanying me to hospital visits. If something required

 

speaking English, I had to rely on her. My friends who didn't speak English often needed her help as well. My daughter, Yihou, is very compassionate and loving. Despite her busy work, she always tried to help others. She once told me, "Dad, we were once new immigrants. I understand the helplessness of being in a foreign country. As long as I can, I will help others so they don't have to go through what we did." Because of this, she helped many new immigrants, and everyone envied me for having such a good daughter.

However, Judge, when I learned that my daughter was facing imprisonment, I felt like my crutch for survival was being taken away. After living in America for 20 years, I am now 72 years old and ███████████████████████████████████████████. I cannot imagine life without Yihou by my side. I do not know how much longer I will live, or how much longer my only child can stay with me. Over the past four years, facing uncontrollable situations and an uncertain future, every day has been torture for our family. The only thing that comforts me is my lovely granddaughter, ███. She is an angel sent by God, bringing infinite hope to our little family. Yihou told me, "Dad, I will share all my experiences, successes, and failures with my daughter, so she doesn't repeat my mistakes and grows up to be an independent, brave, kind, and loving person."

I really wish time could turn back. If our family had not come to America, Yihou would not have joined this bank, and she wouldn't be facing imprisonment. Honorable Judge, please forgive my limited knowledge; I do not fully understand this case, but I know my daughter Yihou is not a bad person. She is kind, filial, capable, and full of love. I hope you can judge with compassion and give her a chance to turn her life around. Regardless of the outcome, I will always love my daughter and be proud of her.

Yihou's father

Jiahui Han

# TAB 7

Jayn Hong



July 16, 2024

The Honorable Linda V. Parker
United States District Court
231 W. Lafayette Blvd., Suite 204
Detroit, Michigan, 48226

Dear Judge Parker,

I am writing this letter in support of Yihou Han, whom I have known for years as a close friend. I am currently a Real Estate agent with Sequoia Real Estate and Vice President of The Korean American Association of Real Estate and Lenders of Northern California, and it is through this capacity that I have had the pleasure of knowing Yihou Han.

From the time I met Yihou, I have consistently known her to be a person of remarkable character and integrity. We first met at the Installation Gala for AREAA, and over the years, I have come to deeply respect and admire her commitment to community outreach.

One particular instance that stands out to me is when Yihou was always willing to help out our Asian Association out and open her conference room so that we can hold our board meetings when we could not find any place to have our monthly meetings. This act of kindness and generosity is just one example of the many ways Yihou has positively impacted those around her.

Despite facing significant hardships and challenges, Yihou has overcome financial difficulties, health issues, and personal loss. She has always demonstrated resilience and a positive attitude. She has faced these challenges with a strength and determination that is truly commendable.

I firmly believe that the offense for which Yihou has been charged is completely out of character with the person I have known for so many years. Her actions in this instance do not reflect the true nature of the person who has consistently shown compassion, honesty, and a strong moral compass.

If Yihou, my friend, were to be incarcerated, it would not only be a significant hardship for her family but also a loss for her 4-month-old daughter. Being an immigrant from China, she worked hard to live the American dream, which is all that she wanted. Her absence would be profoundly felt by all who rely on her support and kindness, especially her new born baby girl and her parents that need love her and need her presence.

I respectfully ask that Your Honor consider the entirety of Yihou's life and character when determining an appropriate sentence. She has made a positive difference in the lives of many and has the potential to continue doing so in the future. I trust that Your Honor will weigh both her conduct and her exemplary character and personal history in making your decision.

Thank you for taking the time to read this letter. I am hopeful that Yihou will be given the opportunity to continue contributing positively to our community and to her family.

Sincerely,

Jayn Hong

# TAB 8



The Honorable Linda V. Parker
United States District Court
231 W. Lafayette Blvd., Suite 204
Detroit, Michigan, 48226

July 17th, 2024

Dear Honorable Linda V. Parker,

My name is Brian Kemler, and I'm a product management lead at Meta and previously I was a senior product manager at Google since 2007.

I've known Yihou Han since 2010 when she helped me refinance my mortgage for my apartment in San Francisco. At the time, it was difficult to find a good rate and good service for a tenancy in common, but Yihou was extremely helpful and I believe without her advocacy, I would have had trouble finding a comparably refinancing option without her help.

In the time since, I've known Yihou socially and we and our respective families have become good friends. I learned about Yihou's life story coming to the US from China with next-to-nothing. She's always been a loyal, generous and honest friend whom I've come to see as a trust confidant. I know I can go to Yihou with advice on both business and personal matters. She's always been generous and helpful with her time and insights which have helped me make decisions and get me through hard times.

I've been impressed with Yihou's engagement in the local community. I've attended various charity events Yihou has sponsored to help important causes like raising awareness for at-risk populations for Hep-B.

While I'm not fully familiar with the details of Yihou's case, I can attest that I've found Yihou to be genuinely contrite, and would respectfully ask the court to consider this case as but an exceptional and out-of-character episode.

Her life story is the epitome of the American Dream; a young immigrant who came to the country with nothing and few friends, and who in a matter of years built a vibrant and thriving community, family and group of friends.

Respectfully,

*Brian Kemler*

Brian Kemler

# TAB 9

**Kenny Lam**

**Vice President - Chinese American Real Estate Association**
1411 Broadway, Suite 3850
New York NY, 10018

21 July, 2024

**The Honorable Linda V. Parker**
United States District Court
231 W. Lafayette Blvd., Suite 204
Detroit, MI 48226

Dear Judge Parker,

My name is Kenny Lam, and I am the Vice President of the Chinese American Real Estate Association in the tri-state area of New York City. I am writing on behalf of my dear friend Yihou Han.

I first met Yihou Han in 2017. She had recently moved to New York City, and we initially connected through networking events organized by the Chinese American Real Estate Association. In all the time I've known her, she's consistently demonstrated a deep empathy for understanding others' perspectives. She's always willing to go out of her way to extend kindness and offer assistance whenever possible, which I consider both her greatest strength and her biggest vulnerability. She's too nice. Several instances highlight why I believe this to be true.

The Chinese American Real Estate Association, established over 25 years ago, is dedicated to serving its community and includes some of the most seasoned professionals in the real estate industry. Despite its longstanding presence, the organization faces challenges due to its age and the competitive nature of securing sponsorships in New York City. Upon attending their events, she invested time in building relationships with the board of directors. Through these interactions, she recognized the complexities involved in managing a nonprofit like ours. Despite the fierce competition for sponsorships, she admired the board's commitment to its members and community. Recognizing our need to remain competitive, she actively advocated on our behalf and tirelessly pursued sponsorship opportunities to enhance our event offerings and support our mission of serving the Chinese American community. This endeavor, while not necessarily advantageous financially for her, underscored her unwavering dedication to our cause.

During her stay in New York, I observed her inclination to offer assistance and opportunities to people, regardless of whether they deserved it or were beneficial to her. This pattern extended into both her personal and professional life. It was apparent that over time, she had invested so

much in others and appeared to have constructed a seemingly flawless life. Gradually, it became evident that her generosity came at the expense of her own happiness. The cracks started to show and eventually she made the final decision to move back home to California.

During the pandemic, New York was under lockdown. With winter upon us and an uncertain future ahead, I made the decision to seek new opportunities in sunny California. Upon my arrival, despite my initial refusal, she generously offered a room in her home to help me get settled. I noticed her desire to help me adjust to the community more smoothly than she had experienced in New York.

Over time, I've taken the opportunity to get to know her better on a personal level. Originally, I was curious about her inclination to champion the underdog. Gradually, I learned that she herself had experienced being underestimated, exploited, and even discarded. It became clear that she had internalized these challenging experiences and now channeled her strength into empowering others.

Someone once wisely said, "My life improved when I realized I didn't have to be nice. Being nice got me taken advantage of, stressed out, and disrespected. I'm not a nice person; I'm a good person. There's a distinction. You don't have to be nice to be good. It's about setting boundaries and looking after yourself without compromising your values. While being nice might win you temporary approval, it seldom earns you respect."

This is what I believe is the case of Yihou Han. She's a good person, and her tendency to be excessively nice caused her to compromise herself. As a result, I think she's realizing that she can stay true to herself and be good without feeling the need to constantly please others.

Thank you for your time and consideration.

Sincerely,

**Kenny Lam**

# TAB 10

The Honorable Linda V. Parker
United States District Court
231 W. Lafayette Blvd., Suite 204
Detroit, Michigan 48226

July 20, 2024

Dear Honorable Judge Parker:

I am writing this letter as character reference for my dear friend, Yi Hou Han.  My name is Ronnie Leung, and I have known Yi Hou for about 10 years through mutual friends.  She is the most generous and kindhearted person; always eager to assist in different situations.  A true friend that many can count on.

My experience with Yi Hou has not only been pleasant, but significant and memorable. I am a working mother of two.  Early on in my motherhood journey, I struggled with managing life with young children.  Yi Hou has always the first person who steps up, offering assistance and care: From grocery shopping, food preparation and delivery, to babysitting, and any help I needed with no expectations of returned favors. Her kindness and generosity extend to her family, friends, and the community.

She is a kind, respectful and responsible individual who will continue to make valuable contributions to her family, friends, and the community.  Please take this letter into consideration in your decision for her case.

Sincerely,

*Ronnie Leung*

Ronnie Leung

# TAB 11

The Honorable Linda V. Parker
United States District Court
231 W. Lafayette Blvd, Suite 204
Detroit, Michigan 48226

The Honorable Linda V. Parker,

My name is Shuai Liu. I am a small business owner and a U.S.citizen. My restaurant's name
is Izakaya Links Bar and Grill in San Francisco's Richmond District. I write this letter in
support of my dearest employee and friend, Ms. Yihou Han. Yihou and I met through my
childhood friend, Lyman Chao, at the end of 2019. At that time, my restaurant bar had just
opened for operation. We crossed words in a joking manner at the restaurant and
right away, I noticed that Yihou is a very straightforward person with genuine thoughts
and most importantly, that she is a very caring person.

When Yihou found out that I was struggling with my new business, she provided me
her support. After many months of meeting and spending time with her, she gave me
some good business opinions. We became very good friends, especially since both of us
grew up in China. A few more months passed, and one day she asked me if she
could work at my restaurant. I said yes right away.

Running a bar and grill in San Francisco during the Covid pandemic was almost impossible
to deal with, and it's impossible to find good help. I was so happy that Yihou was willing to
work at my restaurant /bar. She was a waitress and also handled the cashier, customer
service, event planning and managing. It was such a great experience having a trustworthy
employee, and Yihou did everything perfectly. She worked hard and went above and
beyond, with honesty and integrity. All my customers adore her.

Yihou is not only a hard worker, but also a very good person. She offered homeless
people food. She helped children in the neighborhood buying school supplies. She treated
my parents just like her own family. I am so happy for Yihou that she is a mother now.
Her daughter, ███, is only 5 months old. She takes very good care of her.

So now, I just want to appeal to you, Judge Parker, that you consider Yihou's integrity and
character, which is hard to recognize unless it's been experienced with real life experiences.
I sincerely ask that please consider and recognize how much Yihou means to her family and
friends, and to her cute daughter.

Regards

Shuai Liu

# TAB 12

Fiona Ma, CPA
California State Treasurer

July 21, 2024


The Honorable Linda V. Parker
United States District Court
231 W. Lafayette Blvd., Suite 204
Detroit, MI 48226

      Re:    Ms. Yihou Han

Dear Judge Parker:

I first met Ms. Yihou Han when I served on the Asian, Inc. Board of Directors from 2012-2014. She was a current board member and I came to learn that she worked at Sterling Bank, at one of the branches close to my home. I visited her at her office and found her to be very professional and caring of her subordinates. She is extremely affable and wanted to help people which is why she was a successful banker, working closely with our Chinese-American community, to help them buy a home and build equity for their lives so they could live the "American Dream" through home ownership. Due to the low interest environment from 2012 to 2019, Sterling Bank grew very fast and the leadership team at the bank was very happy with her performance in growing the bank's customer base.

Over the years, we have served as co-MCs at Asian, Inc.'s annual galas. As a representative of Sterling Bank and I, as an elected official, we attended many of the same business functions and non-profit events. Today, Yihou is a close friend who has driven me to a number of doctor's appointments over the years when my husband was unable to due to his duties as a firefighter. I am also the proud God Mother to her daughter ▮▮▮▮▮▮▮.

Yihou is the only daughter to immigrant parents. Since she was a child, she has strived to achieve a better life for her parents and herself. Since I've known her, she has always been a hard worker. She is proud and happy that her parents live with her today in San Francisco and she is able to provide for them in their retirement. And now she is a loving and caring mother to her 5-month-old baby ▮▮▮. As a new mother, she now understands sacrifice, humility and compassion and wishes to serve and give back to the community in a meaningful way and be an honorable and upstanding parent to her baby girl.

In peace and friendship,

Fiona Ma, CPA
California State Treasurer

**TAB 13**

Gregory Paik



July 23, 2024

The Honorable Linda V. Parker
United States District Court
231 W. Lafayette Blvd., Suite 204
Detroit, Michigan, 48226

To The Honorable Linda V. Parker,

My name is Gregory Paik and I am Cybersecurity Consultant currently serving as the contract Chief Information Security Officer for Magnus Medical, Inc., a Medical Device company.

I have known Yihou Han for over seventeen (17) years and write to advocate on her behalf. I initially met Yihou as the girlfriend of a mutual friend, Yichel Chan, and have known her socially as friends even after their separation.

During the time that I have known her, I have seen her dedication to her parents and a desire for a better life for her family in the U.S. as new immigrants.  As an older immigrant myself, I watched with vicarious pride as Yihou matured and succeeded as a young woman through hard work and dedication to the opportunities given to her. Even when she experienced setbacks in her chosen careers  as a travel agent, flight attendant, and eventually an employee of Sterling Bank, she would press on to her goal of making her parents proud and supporting her parents.

When I found out about the charges against her in Federal Court, I was shocked and dismayed.  I was shocked that she and Sterling Bank could be involved with fraud and dismayed on the affect this would have on her family.  Though I am not familiar with all the circumstances of the case, I remember how excited she was to grow a program that was helping Chinese community members obtain a home.  I find it out of character that she would ruin her reputation in a community she was so happy to support as well as risk the ability to support her elderly parents.

Though Yihou has been found culpable of a crime, I hope her sentence accounts for the time she has spent these last few years since her verdict, remorseful of her past actions and now anxious of what affect her sentencing could have on her new baby girl, ███.

I hope my letter is helpful in providing context to who Yihou is as a person and who she has always hoped to be, though she may have fallen along the way.


Thank you,

Gregory Paik

# TAB 14

**R. Peter Soerenssen**

July 23, 2024

The Honorable Linda V. Parker
United States District Court
231 W. Lafayette Blvd., Suite 204
Detroit, MI 48226

Re:    ***United States v. Yihou Han***
       United States District Court – Eastern District of Michigan
       Case No. 4.23-cr-00428JST

Dear Honorable Judge Linda V. Parker,

I am writing to you today on behalf of the case involving Yihou Han and would like to provide some of my personal interaction and experiences with her to you. My name is Peter Soerenssen and I was a long time commercial banker in San Francisco. Through one of my work contacts I was introduced to Yihou one day at lunch, and we have remained friends to this day.

To get a look at the mindset and compassion of Yihou, I'd like to share some examples. I had been taking care of my mother ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ I would try to maximize my time with my mother as often as I could and many times while driving home from the care facility I would be in a very saddened state. One early evening, Yihou called while I was driving home and could sense that I was really emotionally struggling following my visit (I often had tears while on my drive home). Right away she asked, "where are you now?" and subsequently insisted I stop by her home (which was on the way). Yihou took the time to listen and provided me much needed support, as I had been shouldering all of this on my own.

Following the passing of my mother, my sister and I had been planning the memorial which was now a few days away. It was a small, intimate memorial with mostly close work and personal friends of our mother's. Upon hearing that the memorial was upcoming, Yihou immediately insisted that she come in support of me. I have to say, it was one of the most heartfelt gestures. Although we hadn't planned on this, her presence and support for me and my family was immense that day. I am so happy that she insisted to come and joined me on my eulogy speech. To this day I will never forget her kindness – this is what a true friend does.

There have been many other events that could be written about, but I feel like these are the ones that really showed her compassion and true friendship. Yihou has a big heart that not everyone gets to see often.

I hope that these two quick stories will help you understand her character more clearly, or at least add another dimension.

Sincerely,

Peter Soerenssen

1

# TAB 15

The Honorable Linda V. Parker
United States District Court
231 W. Lafayette Blvd
Suite 204
Detroit, Michigan 48226

Dear Judge Parker,

I'm writing to you on behalf of Yihou Han. As for me, my last position was a Software
Engineering Manager at ForeVR Games, a VR gaming company. I've known Yihou for roughly
two decades, first meeting her through her then boyfriend, Yichel Chan. We've spent many
weekends and vacations together. When I first met her, she was working as a travel agent. I
saw her go from travel agent to entry level bank employee to eventually VP at Sterling Bank. As
she climbed up the ranks, I saw her excited to be able to financially provide for parents, who
scrimped and saved to be able to provide for her earlier in life. She was so proud to be able to
help her parents buy a home and allow them to feel financial security as they age.

I was distressed to hear of her breach in legal and ethical responsibilities at the bank. I know
she's been continually upset with herself for this serious misstep.  In my opinion, it was
incredibly out of character for her, and I can't imagine her doing anything like this again.

She currently spends most of her time with her gorgeous little baby, ███. I've enjoyed seeing
her transition into motherhood. She wears it well. Her most nurturing instincts have come into
focus as I see her illicit giggles and smiles from her child.

I hope I've been able to convey some of Yihou's personality to you. It's hard summing up
someone in a short letter like this. But she really is a great person to know.


Sincerely,

*Heather Stark*

Heather Stark

# TAB 16

尊敬的Linda P. Parker 法官：

我叫唐璐，是一位新移民，也是韩以厚的朋友，我第一次见到她的时候已经是2018年经由一位房地产经纪介绍我们认识的。我记得那时候她自信靓丽，待人和善，给我留下了非常好的印象。交谈几句之后，才发现原来我们都来自于武汉，有句老话说"老乡见老乡，两眼泪汪汪。来自于同一个城市的我们一下子就熟络起来。我们经常相约一起聚会。由于我们的父母也年纪相仿，有一次我们更是安排了两个家庭的聚会，结果在聚会上竟然神奇的发现以厚的爸爸同我的爸爸是几十年前在同一家国营企业工作过。我们都很惊讶命运的安排竟然如此神奇。也正式如此，我们两家的关系就越为亲近一些。

我现在是一名有两个小孩子的全职妈妈，虽然我们全家很早就来过美国，但是因为种种原因再加上后来的新冠，我们家正式长居到美国大概是2022年。在这过去的两年内，以厚给予了我这个不会英文的新移民无限的帮助。我家里大大小小的事情都要麻烦她，她从来都是不厌其烦的帮助我，我无法想象没有她的生活会变成什么样子。最令我感动的是她对我爸爸的帮助尤为

███████████████████████████████
███████████████████████████████
██████████████ ███████████ ███████
███████████████████████████ 甚至有医生误认为以厚也是我爸爸的女儿。我们全家都无法用语言来表达对她的感激。她是我见过最善良，最孝顺，最有爱心的人。

关于以厚的案子的问题，我们也了解的不太清楚，实在无法想象这样一个善良的女孩，这样一个年轻的妈妈怎么会面对法律的制裁，但是无论发生什么，她在我们家的心中永远是那个可爱热心，善良的武汉小妹。所以恳求法官大人，希望您可以酌情量刑，给她一个改过自新的机会。

唐璐



Lu Tang

███ ████
██████████████
████████████

Scanned with CamScanner





# Certification of Translation Accuracy

Translation of **Support Letter Tang Lu** from **Chinese (Simplified)** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Janice Kreutzer
Authorized Representative
Order Date: August 4, 2024

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States

State of Kentucky
County of Jefferson

I, a Notary Public, hereby certify that Janice Kreutzer, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, has executed the same voluntarily on the day the same bears date.

Given under my hand on August 6, 2024.

Signature of Notary Public

 

Dear Honorable Judge Linda V. Parker:

My name is Lu Tang, a new immigrant and a friend of Yihou Han. I first met her in 2018 when a real estate agent introduced us. I remember she was beautiful and confident, treated people kindly, which left a very deep impression on me. After a few conversations, we realized we were both from Wuhan. There is an old Chinese saying: *When townee see townee, tears form two eyes*. Coming from the same city, we soon get acquainted. We often met together. Since our parents are also of similar age, once we even arranged a party for the two families, and we were surprised to find out that Yihou's father and my father were colleagues who worked in the same state-owned enterprise decades ago. We were all amazed at how miraculous destiny was, and because of this, our relationship became even closer.

I am currently a stay-at-home mom of two young children. Although our family has been to the United States a long time ago, due to various reasons and the subsequent COVID-19 epidemic, our family only officially started living in the United States in 2022. In the past two years, Yihou has been a great help to us new immigrants who don't speak English. I have had to trouble her with all kinds of things in my home, big and small, and she has never failed to help me, and I can't imagine what life would be like without her. I was most touched by her help to my father.

 Words cannot express how grateful our family is to her. She is the kindest, most filial and loving person I have ever met.

We don't know much about Yihou's case, but we really can't imagine how such a kind girl and a young mom could face the punishment of the law. But no matter what happens, she will always be that lovely, enthusiastic, kind-hearted girl from Wuhan in the heart of our family. Therefore, we implore Your Honor, we hope you can exercise discretion in sentencing and give her a chance to reform.

Lu Tang
[Signature: Lu Tang]

# TAB 17

尊敬的 Linda V. Parker 法官:

您好！我是 Yihou 的妈妈，我的名字叫田莉（Li Tian）.

非常感谢您给我这一个机会让我可以写信给您，让您可以通过我的叙述了解一下我的女儿。也请您原谅我不会英文，也不会电脑，只能用这种最原始的方式与您交流。

Yihou（以厚）是我和他爸爸唯一的孩子，我们都非常爱她。此时此刻，我的心万分难过，我觉得我们不顾一切，放弃所有的来到美国也许本身就是一个美丽的错误，是我和她爸爸的压力让她付出今天的代价.

我和以厚（Yihou）是2003年9月先来到美国的，当时她爸爸由于一些原因没有办法同我们一起来。我们最开始是寄住在亲戚家里，当时我们连最基本的床都没有，只能打地铺，身上也没有太多的钱。我记得很清楚，当时我们母女二人为了省几块钱的Bart费用，竟然可以走路一个多小时穿过并不安全的地区回家。我们时常望着天空的飞机发呆，哭泣。我们在这里不会语言，没有朋友，过着寄人篱下的生活。当时我们最渴望的事情就是可以拥有一个自己居住的房子。很幸运的是我在一对华人老夫妇的家里应聘到一份保姆的职位。虽然这份工作发很辛苦，但是我们可以搬离亲戚家，住在雇主的楼下。以厚（Yihou）常常跟我说，"妈妈，这一切都是暂时的，我会努力赚钱的，我们不会永远住在车库里的。"她真的是一个非常孝顺的女儿。她为了让我们能够有所谓的安全感，过早的，过多的承担了太多的压力。由于我和她的爸爸无法用英文和人交流，家里所有的大事小事都由以厚（Yihou）一个人来做，我有无数次的想过回中国，但是由于我们碍于面子，只能咬着牙坚持下去。我的女儿也知道我们的苦衷，她虽然嘴上不说，但是她给了她自己很多压力，她不希望我一辈子做别人的保姆，她希望可以让我能够过上更好的生活。

慢慢的，我们家的经济生活开始好转起来，这一切都发生在以厚（yihou）
加入到了银行的贷款部门，我也不需要再工作了，家里所有的开销都由她来承担
不光是我和她爸爸，光括她的叔叔，表姐，表妹，可以这么说，以厚她一个人担起了
了我们全部大家族的照顾的责任。我们以她为骄傲。我们非常替她开心。
但是后来我们发现以厚变得越来越沉默不语了。她从来不讲公司发生的事情，
只是有一次她在纽约打电话给我，在电话里一直哭着说，她压力很大，很辛苦。作
为她的妈妈，我非常心痛却也无能为力。

当我知道以厚会面对法律的问题，触犯了刑法，这个消息对于我和她
爸爸仿佛是晴天霹雳。我非常了解我的女儿。如果她要是知道这样做是犯法
的。我相信她是绝对不会去触犯的。她从小到大都是人们口中的来乐女，好
学生，好女孩。我觉得这些事情都是我和她爸爸太穷造成的。是我们没有能力
让她继续完成学业，是我们的无能没有给她的好的成长环境也是我们的无知
让没有给她及时的意见。我真的希望时间可以倒流，可以给以厚（yihou）
给我们全家一个重新选择的机会。

在这过去的四年内，我深深的体会到以厚的不易，我们更加珍情彼此
现在，以厚也有了自己的女儿 ███。我的可爱的外孙女。我清楚的记得以厚跟我
说的一句话，她说："妈妈，如果法院的判决下来，我需要入狱服刑，我希望你
不要担心我，我之所以生下 ███，很重要的原因是因为如果我不在你身边了，你有了
██ 你就不会那么�

孤独了，她是我生命的延续。"我当时听到这些，泪如雨下。在这
样的情况下，我的女儿还是在为我们打算。

亲爱的法官，我的女儿真的不是一个坏人。她是我见过最孝顺，最善良
最友善，最有爱心的孩子。她所做的一切都是为了我们，希望圆我们一个
美国梦。希望您给她一个改过自新的机会。我们全家会感谢您一辈
子的。如果可以的话，我愿意为她承担所有的宽惟。

以厚的妈妈 LITIAN





# Certification of Translation Accuracy

Translation of **Support Letter Tian Li** from **Chinese (Traditional)** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Janice Kreutzer
Authorized Representative
Order Date: August 3, 2024

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States

State of Kentucky
County of Jefferson

I, a Notary Public, hereby certify that Janice Kreutzer, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, has executed the same voluntarily on the day the same bears date.

Given under my hand on August 6, 2024.

Signature of Notary Public

 

Dear Honorable Judge Linda V. Parker:

I hope this letter finds you well! I am Yihou's mother and my name is Li Tian. Thank you very much for giving me this opportunity to write to you so that you can understand my daughter through my narrative, and please forgive me for not knowing English or using a computer, so I can only communicate with you in this crudest way.

Yihou is the only child of her father and me, and we love her very much. At this moment, I feel very sad. I feel that we gave up everything to come to the United States, maybe it was a beautiful mistake in itself, and it was the pressure from her father and I that made her pay the price she is paying today.

Yihou and I first came to the United States in September 2003 when her father was unable to come with us for some reason. We stayed with relatives at first. We didn't even have a bed to sleep on, we had to sleep on the floor, and we didn't have much money. I remember vividly when we were able to walk for over an hour home through unsafe areas to save a few dollars on BART. We used to stare at the airplanes in the sky and cry. We had no language, no friends, and lived a life of dependency. The thing we longed for most was to have a house to live in. Luckily, I was able to get a job as a maid in the house of an elderly Chinese couple. It was a tough job, but we were able to move out of our relatives' house and live downstairs from our employer. Yihou often told me, "Mom, this is all temporary and I will work hard to make money. We won't live in the garage forever." She is really a very filial daughter. She took on too much pressure too soon and too much in order for us to be able to have what we call a sense of security. Since her father and I could not communicate with anyone in English, Yihou was left alone to take care of everything at home. I've thought about going back to China countless times, but due to vanity, we just have to put up with everything and stick it out here. My daughter also knew what we are going through. Although she hasn't said anything, she put a lot of pressure on herself. She didn't want me to spend my life as someone else's maid, she wanted to be able to make a better life for me.

 

Slowly, our family's finances situation began to improve, and this all happened after Yihou joined the bank's loan department. I no longer had to work either, and she took care of all the expenses in the house. Not only for me and her father, but also her uncle, cousin and others. It can be said that Yihou alone takes the responsibility of taking care of our entire extended family. We were so proud of her. We were very happy for her. But then we realized that Yihou was becoming more and more reticent, and she never told us what was going on in the company. Just once she called me from New York and kept crying on the phone, saying that she was under a lot of pressure and working very hard. As her mom, I was heartbroken but couldn't do anything about it.

When I found out that Yihou would be facing legal issues and that she had broken the criminal law, the news was like a bolt from the blue for her father and me. I know my daughter very well, and if she knew that it was against the law, I am sure she would never have broken it. She has been a good and obedient girl since she was little, a good student and a good daughter. I think all these things are caused by her father and I being too poor, our inability to let her continue to finish her education, our incompetence in not bringing her a good environment to grow up, and our ignorance in not giving her timely advice. I really wish we could turn back the clock and give Yihou and our family a chance to make a new choice.

Within these past four years, I have deeply realized how difficult it is for Yihou. This makes us cherish each other even more. Now Yihou has her own daughter, ███, who is also my lovely granddaughter. I clearly remember what Yihou told us. She said, "Mom, if the court's decision comes down and I need to go to jail to serve my sentence, I hope you won't worry about me. A big reason why I gave birth to ███ is because I'm not with you anymore. You won't be so sad when you see ███, she's the extension of my life!" I was in tears when I heard that. In the midst of all this, my daughter was still thinking of us.

Dear Judge, my daughter really isn't a bad person. She is the most dutiful, kind and loving child I have ever met. Everything she does is for us, and she wants to fulfill our American dream. I hope you will give her a chance to change her ways. Our family will thank you for the rest of our lives. I am willing to bear all the disasters for her if I can.

Yihou's mother: Li Tian

# TAB 18

湖北省武汉市中华路
37号7-4门，430061
July 29, 2024
Dear Honorable Linda V. Parker,

我是田宇，是韩以厚的表妹，目前居住在中国湖北。

我的表姐，对待工作她努力上进，对待朋友她乐于助人，对待父母她极其孝顺，对待女儿她满腹爱心。我还记得她和姑妈，姑父一家三口在20多年前移民去美国，那个时候他们刚到美国，语言不通，没有很好的住所，也没有收入。想要在一个完全陌生的环境下生存下来很不容易，但表姐就是凭着她不怕苦不怕累的精神快速学习英语，学习各种工作技能，努力工作，而凭着她二十年的辛勤付出，能在美国自力更生，也终于有了一席立足之地。

我记得表姐之前喜欢一句话，是：赠人玫瑰，手留余香。我曾两次去往美国探望姑妈一家，在美国的时候，每每遇到表姐的朋友，总能听到他们述说与表姐之间的故事，总能听到当他们遇到麻烦的时候，表姐是如何帮助他们的。我想应该是表姐她自己经历过风雨，所以她非常愿意给予身边的朋友力所能及的帮助。

表姐是一个极其孝顺的人，对待父母的爱是肉眼可见的，这种爱不仅仅是物质的，更是精神上的陪伴。但凡姐姐有假期，她都尽可能的带姑妈、姑父去旅游，去吃美食。我的姑妈曾经和我暗暗自夸过，她比她的朋友们都要幸福，因为她朋友的子女都没有带过他们出去旅游过，只有我表姐去哪里都带上我的姑妈、姑父，能让他们能更多的看看这个世界。

今年2月初，我的表姐终于也成为了一名母亲，小宝宝是一个非常可爱的女孩。为了迎接新生命的到来，我踏上了第二次到访美国的旅程。这次在美国我呆了1个半月，这段时间让我深刻的感受到了表姐的变化。她非常富有母爱，只要看一眼，就知道她是一个母亲。她真的很爱很爱█████平时很乖，不吵不闹，也很少哭，但她第一次打疫苗的时候哭的很大声，表姐瞬间就红了眼眶，很是心疼。当天晚上担心Ellie发烧，更是整晚没睡就守着宝宝。

虽然我对于本次案件细节并不是很了解，但仍然希望法官能从另一面多了解一下我的表姐。中国有句话，是"法理不外乎人情"，表姐的父母只有她这一个女儿，且年事已高，表姐的女儿█e还不满6个月，他们都无法承受离开表姐的生活。希望法官能从多面了解表姐，酌情处理。

Respectfully,
田宇







# Certification of Translation Accuracy

Translation of **Support Letter Tian Yu** from **Chinese (Traditional)** to **English**

As an authorized representative of RushTranslate, a professional translation services agency, I hereby certify that the above-mentioned document has been translated by an experienced, qualified and competent professional translator, fluent in the above-mentioned language pair and that, in my best judgment, the translated text truly reflects the content, meaning, and style of the original text and constitutes in every respect a complete and accurate translation of the original document. This document has not been translated for a family member, friend, or business associate.

This is to certify the correctness of the translation only. I do not make any claims or guarantees about the authenticity or content of the original document. Further, RushTranslate assumes no liability for the way in which the translation is used by the customer or any third party, including end-users of the translation.

A copy of the translation is attached to this certification.

Janice Kreutzer
Authorized Representative
Order Date: August 3, 2024

RushTranslate
640 South Fourth Street
Suite 300
Louisville, KY 40202
United States

State of Kentucky
County of Jefferson

I, a Notary Public, hereby certify that Janice Kreutzer, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, has executed the same voluntarily on the day the same bears date.

Given under my hand on August 6, 2024.

Signature of Notary Public





July 29, 2024

Dear Honorable Linda V. Parker,

I am Yu Tian, a cousin of Yihou Han, currently residing in Hubei, China.

My cousin is active and hardworking, willing to help her friends, filial to her parents and caring for her daughter. I still remember when she and my aunt and uncle, a family of three, immigrated to the U.S. more than 20 years ago, when they had just arrived in the U.S., they didn't speak the language, didn't have a good place to live, and didn't have an income. It was not easy to survive in a completely unfamiliar environment, but my cousin was able to quickly master English, learn various job skills, work hard, and, with her twenty years of hard work and dedication, become self-reliant and own her a piece of free sky in the United States.

I remember my cousin's favorite saying: Roses given, fragrance in hand. I have traveled to the United States twice to visit my aunt's family. Whenever I met my cousin's friends in the U.S., I could always hear them recounting stories about their previous relationships with her and how she helped them when they were in trouble. I think it is because my cousin is very willing to help her friends as much as she can after she has gone through a tough time herself.

My cousin is an extremely filial person who cares for her parents in a way that every one of us can see. This love is not only material, but also spiritual companionship. Whenever she had a vacation, she would take my aunt and uncle on trips and taste the local cuisine. My aunt once proudly stated that she was happier than all her friends because none of her friends' children had ever taken them on a trip, and only my cousin regularly took my aunt and uncle around and was able to make them appreciate the world more.

Earlier this year in February, my cousin finally became a mom as well. This little baby is a very cute girl. In order to welcome the new baby, I embarked on a journey to the United States for the second time. This time I stayed in the U.S. for a month and a half, and during this time I deeply felt the change in my cousin. She is very motherly and one look at her and you can tell she is a mother. She really loves ███, who is usually very good, doesn't make a fuss and rarely cries. But when she got the vaccine for the first time, she cried so loudly that my cousin's eyes instantly turned red and she felt very distressed. That night she was worried that ███ had a fever and even stayed up all night taking care of the baby.

Although I don't know much about the details of this case, I still hope that you, Judge Parker, can know more about my cousin from the other side. There is a saying in China that *law and justice are not beyond human feelings*. My cousin's parents have only one daughter, and they are very old. My cousin's daughter ███ is less than 6 months old, and they cannot bear to live without her. I hope you can understand my cousin from many aspects and handle this case as appropriate.

Respectfully,

Yu Tian [Signature: Yu Tian]

# TAB 19

The Honorable Linda V. Parker, United

States District Court, <u>231 W. Lafayette Blvd.</u>, <u>Suite 204</u>, <u>Detroit</u>, <u>Michigan</u>, <u>48226</u>.

My name is Betty Sun WONG. I am a real estate broker with a COMPASS real estate office in San Francisco

I have known Yihou HAN for more than 10 years. I was introduced to Yihou by a friend who like me, worked as a flight attendant; my friend at Cathy Pacific Airlines and myself at Korean Airlines. I was close to this friend, respected her opinion and she spoke highly of Yihou,

Yihou and I became friends after one lunch. I like her work ethics, and I like her desire to help people to be successful.

My relationship with her has always been very honest and supportive of each others.

She is an only child and has shown that she is very devoted to and supportive of her parents. They have been living together since they immigrants to the USA. She carries the family trait of a very hard-working young lady.

She is immensely helpful and very resourceful as a friend.

I see our friendship is for the long term. She is a lifetime friend.

Please feel free to reach out to me if you have any questions about Ms. HAN.

Betty Sun Wong, 孫翠蘭,

# TAB 20

Wan Wong



June 6, 2024

The Honorable Linda V. Parker
United States District Court
231 W. Lafayette Blvd, Suite 204
Detroit, Michigan 48226

To The Honorable Linda V. Parker,

I am writing this letter as a character witness for Ms. Yihou Han, who is a dear friend of mine. I have known Ms. Han for over 5 years and I can attest to her outstanding character, integrity and compassion for others

Yihou has always displayed qualities of honesty, integrity, responsibility, and compassion as a friend, advisor, confidant, and as adviser in my personal endeavors. I was introduced to Ms. Han through a mutual friend while seeking advice on sourcing a new manufacture from China. As the weeks went on, I realized Ms. Han wasn't just assisting with sourcing, however she went above and beyond and handled my logistics, customs filings, and quality assurance. Throughout the years she has sacrificed her personal time assisting me, and quite a few of my friends and colleagues as well, without expectation or assumption of personal gain. Ms. Han has shown herself to be an exceptional business woman with the utmost integrity, responsibility and respect for others.

In addition to the aforementioned qualities, Mrs. Han was actively involved in tutoring my son and wife with their mandarin over skype before becoming a mother herself. Her commitment to tutoring/mentoring is a testament to her sense of duty and compassion towards others even when she was pregnant and dealing with her own personal legal matters.

I believe that Yihou's conduct and character are exemplary and make them deserving of your consideration. Please feel free to contact me at the number or email address listed above for anything.


Thank you for your time and consideration.

Sincerely,

Wan Wong